UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PIO ZAMMIT,

    Plaintiff,

Case No. 05-CV-71193-DT

v.

HONORABLE DENISE PAGE HOOD

DEPARTMENT OF HEALTH
PROFESSIONS, et al.,

    Defendants.
_____/

## JUDGMENT

    This matter having come before the Court and pursuant to the Order dismissing the matter entered this date, accordingly,

    Judgment is entered in favor of Defendants and against Plaintiff.

                                      DAVID J. WEAVER
                                      CLERK OF COURT

Approved:                              By:  s/ Wm. F. LEWIS
                                                  Deputy Clerk

 s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: May 17, 2005
Detroit, Michigan